**E-FILED**
Monday, 14 July, 2008  09:53:32 AM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION**

| | | |
|---|---|---|
| JOSHUA REYNOLDS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 08-CV-2081 |
| | ) | |
| CHAMPAIGN-URBANA MASS | ) | |
| TRANSIT DISTRICT and WILLIAM | ) | |
| VOLK, Managing Director, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

A Report and Recommendation (#17) was filed by Magistrate Judge David G. Bernthal in the above cause on June 17, 2008.  Judge Bernthal recommended granting the Motion to Dismiss (#12) filed by Defendant William Volk.  Judge Bernthal further recommended that Plaintiff's claim against Defendant Volk should be dismissed without prejudice and Plaintiff should be granted leave to file an amended complaint within 14 days of the order ruling on the motion.  More than ten (10) days have elapsed since the filing of the Recommendation and no objections have been made.  See 28 U.S.C. § 636(b)(1).  The Recommendation of the Magistrate Judge is, therefore, accepted by the court.  See Video Views, Inc.  v. Studio 21, Ltd, 797 F.2d 538 (7th Cir. 1986).

On July 2, 2008, Plaintiff filed a Motion for Extension of Time (#20).  Plaintiff asked that he be allowed until 14 days after all depositions have been completed in order to file his amended complaint.  On July 8, 2008, Defendants filed a Response to Plaintiff's Motion (#21).  Defendants objected and noted that the deadline for amending pleadings in this case is July 11, 2008, and the deadline for completing discovery is September 1, 2008.  Defendants pointed out that granting Plaintiff's request "would practically allow the Plaintiff to amend his pleadings a few weeks, or even

days before discovery is set to be closed in this case."  This court agrees with Defendants that

Plaintiff's request must be denied.  This court concludes that 14 days from the date of this Order is

adequate time for Plaintiff to file an amended complaint.

    IT IS THEREFORE ORDERED THAT:

    (1) The Report and Recommendation (#17) is accepted by this court.

    (2) The Motion to Dismiss (#12) filed by Defendant William Volk is GRANTED.  The claim

against Defendant Volk is dismissed without prejudice and Plaintiff is allowed 14 days from the date

of this Order to file an amended complaint.

    (3) Plaintiff's Motion for Extension of Time (#20) is DENIED.

    (4) This case is referred to the Magistrate Judge for further proceedings.

ENTERED this __14th__ day of July, 2008

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE